SEALED

FILED

SEP 12 2013




UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| IN THE MATTER OF THE SEARCH OF 1 SAMSUNG GALAXY NOTE, Serial No. R21C25LHDMR and 1 IPHONE, Serial No. C38H5ESADTD3 | Case No. 5:13mj1904<br><br>ORDER TO SEAL APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT |
|---|---|

1)

Upon motion of the United States, and for good cause shown, it is hereby ORDERED that the Application and Affidavit for Search Warrant in the above-referenced matter, along with Attachment A through C to the Affidavit, and the instant Motion to Seal and Order, be sealed by the Clerk from this date until further ordered by this Court, except that a certified copy of the same shall be provided to the United States Attorney's Office and Special Agent Joshua Pruett of the United States Secret Service.

DATED this 11th day of September, 2013.

United States Magistrate Judge James E. Gates
Eastern District of North Carolina

1) Based on the facts and reasons stated in the motion.