SEALED          FILED

SEP 1 2 2013



UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| IN RE: ORDER REQUIRING GOOGLE, INC. TO ASSIST IN THE EXECUTION OF A SEARCH WARRANT ISSUED BY THIS COURT | Case No. 5:13mj1904-1<br><br>ORDER TO SEAL APPLICATION UNDER ALL WRITS ACT |

Upon motion of the United States, and for good cause shown,[1] it is hereby ORDERED that the government's Application pursuant to the All Writs Act, 28 U.S.C. § 1651, for an Order requiring Google, Inc. ("Google"), to assist in the execution of a federal search warrant by bypassing the lock screen of an Android device, specifically, a Samsung Galaxy Note with Model No. SGHI717, Serial No. R21C25LHDMR, and IMEI No. 352013050527388 (the "Android device"), be sealed by the Clerk from this date until further ordered by this Court, except that a certified copy of the same shall be provided to the United States Attorney's Office and Special Agent Joshua Pruett of the United States Secret Service. The Court's Order regarding the government's Application may be provided to Google.

DATED this 11 day of SEPTEMBER, 2013.

United States Magistrate Judge James E. Gates
Eastern District of North Carolina

[1] Based on the facts and reasons stated in the motion.