UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| IN RE: ORDER REQUIRING APPLE, INC. TO ASSIST IN THE EXECUTION OF A SEARCH WARRANT ISSUED BY THIS COURT | Case No. 5:13mj1904-2<br><br>ORDER TO SEAL APPLICATION UNDER ALL WRITS ACT |

Upon motion of the United States, and for good cause shown,[1] it is hereby ORDERED that the government's Application pursuant to the All Writs Act, 28 U.S.C. § 1651, for an Order requiring Apple, Inc. ("Apple"), to assist in the execution of a federal search warrant by bypassing the lock screen of an iOS device, specifically, an Apple iPhone with Model No. A1387, Serial No. C38H5ESADTD3, IMEI/MEID No. 99000109045220, and FCC ID No. BCG-E2430A (the "iOS device"), be sealed by the Clerk from this date until further ordered by this Court, except that a certified copy of the same shall be provided to the United States Attorney's Office and Special Agent Joshua Pruett of the United States Secret Service. The Court's Order regarding the government's Application may be provided to Apple.

DATED this 11th day of SEPTEMBER, 2013.

_____
United States Magistrate Judge James E. Gates
Eastern District of North Carolina

[1] based on the facts and reasons stated in the motion.