UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-MJ-1904

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 1 White AT&T Samsung Galaxy Note, Model No. SGHI717, Serial No. R21C25LHDMR, IMEI No. 352013050527388; AND 1 iPhone, Model No. A1387, Serial No. C38H5ESADTD3, IMEI/MEID No. 99000109045220, FCC ID No. BCG-E2430A | **ORDER TO UNSEAL** |

Upon motion of the government, the previously requested application, affidavit, and order authorizing the search warrant in the above captioned matter are hereby ORDERED unsealed. SO ORDERED.

11/14/2013
DATE

WILLIAM A. WEBB
United States Magistrate Judge